Certificate Number: 14912-TXW-DE-037336385

Bankruptcy Case Number: 23-60146



14912-TXW-DE-037336385

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 11, 2023, at 11:26 o'clock AM EDT, Thomas Till completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: April 11, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor